1  MAGGY M. ATHANASIOUS, Bar No. 252137
   mathanasious@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
3  Los Angeles, CA 90067.3107
   Telephone: 310.553.0308
4  Facsimile: 310.553.5583

5  ALYSSA S. GJEDSTED, Bar No. 284588
   agjedsted@littler.com
6  LITTLER MENDELSON, P.C.
   633 West 5th Street
7  63rd Floor
   Los Angeles, CA 90071
8  Telephone: 213.443.4300
   Facsimile: 213.443.4299

9

10 Attorneys for Defendants,
   AMAZON.COM, INC., AMAZON.COM
11 SERVICES, LLC, AND AMAZON LOGISTICS, INC.

   UNITED STATES DISTRICT COURT

   CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LISA MARIE RODRIGUEZ, an individual, | Case No. 5:20-cv-1856 |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO |
| v. | **DECLARATION OF BRIAN HARDIN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |
| AMAZON.COM, INC., a Delaware Corporation, DBA AMAZON; AMAZON.COM SERVICES, LLC., a Delaware Limited Liability Company, DBA AMAZON; AMAZON LOGISTICS, INC., a Delaware Corporation, DBA AMAZON; and DOES 1 through 10, inclusive, | Complaint Filed: June 1, 2020 (Riverside County Superior Court) |
| Defendants. | |

# DECLARATION OF BRIAN HARDIN

I, Brian Hardin, declare as follows:

1. I am currently employed by Amazon Corporate, LLC in the position of Senior Human Resources Manager ("Sr. HRM"). I make this declaration in support of Defendants Amazon.Com, Inc., Amazon.Com Services, LLC, And Amazon Logistics, Inc.'s Removal of the above-entitled Civil Action to Federal Court. All of the information set forth herein is based on my personal and first-hand knowledge, and/or based on documents created and kept, and practices conducted, in the regular course of Defendants' business. If called and sworn as a witness, I could and would competently testify thereto.

2. In my role as Sr. HRM, I have access to the human resources packet and payroll/time records for Lisa Marie Rodriguez, as well as her employment history maintained in the normal course of business and Amazon's human resources database.

3. Ms. Rodriguez was formerly employed by Amazon as a Fulfillment Associate. She began her employment earning $12.65 per hour (or, as stated in her offer letter, $26,312 annualized based on 2,080 hours per year). Her employment ceased on April 16, 2019. At the time of her separation from employment, she was earning $15.00 per hour. In the six (6) months of her employment, she earned approximately, $13,156.00, exclusive of health and welfare benefits.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 9th day of September 2020, at Eastvale, California.



BRIAN HARDIN

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party of the within action. My business address is: 633 W. Fifth Street, 63rd Floor, Los Angeles, CA 90071.

On September 9, 2020, I served the foregoing document(s) described as **DECLARATION OF BRIAN HARDIN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** on the interested parties as follows:

| Todd H. Harrison, Esq.<br>Brennan S. Kahn, Esq.<br>Michael S. Walker, Esq.<br>PERONA, LANGER, BECK, SERBIN & HARRISON, APC.<br>300 East San Antonio Drive<br>Long Beach, Ca 90807-0948 | Tel: (562) 426-6155<br>Fax (562) 490-9823<br>Email:<br>toddharrison@plblaw.com<br>brennankahn@plblaw.com<br>michaelwalker@plblaw.com | *Attorneys for Plaintiff, Lisa Marie Rodriguez* |
|---|---|---|

☐ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA ELECTRONIC SUBMISSION)** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **(VIA ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

☐ **(VIA PERSONAL SERVICE)** I caused said documents to be served by having a professional messenger service, _____, personally deliver them to the persons at the addresses listed above. (A confirmation document by the professional messenger service will be retained in our office.).

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

CERTIFICATE OF SERVICE                    1.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

☐ **(VIA FAX)** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 9, 2020 at Los Angeles, California.

Laura Aispuro
[Type or Print Name]                    [Signature]

LITTLER MENDELSON, P.C.
633 West 5th St., 63rd Floor
Los Angeles, CA  90071
213.443.4300

CERTIFICATE OF SERVICE                    2.