UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE RODRIGUEZ, an Individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMAZON.COM, INC., a Delaware Corporation, DBA AMAZON; AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, DBA AMAZON; AMAZON LOGISTICS, INC., a Delaware Corporation, DBA AMAZON; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | No. 5:20-cv-01856-JAK (SPx)<br><br><br>ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 28)<br><br>JS-6 |

1

ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Based on a review of the Joint Stipulation for Dismissal With Prejudice (the "Stipulation" (Dkt. 28)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed with prejudice in its entirety and as to all current and former defendants.  Each party shall bear his/its own costs and attorneys' fees.  The Court shall retain jurisdiction to enforce the terms of any Settlement Agreement between the parties.

**IT IS SO ORDERED.**

DATED: November 24, 2021         SIGNED:  _____
                                          John. A. Kronstadt
                                          United States District Judge